FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2010 JUN 16 PM 1:29

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v. CASE NO. 2:S09-cr-42-FtM-36SPC

FRANCISCO FRANCISCO DOMINGO

8: 1324(a)(1)(A)(iv)
8: 1324(a)(1)(B)(I)
8: 1324(a)(1)(A)(iii)
18: 2
18: 1589

**SUPERCEDING INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

**Introduction**

At all times material to this criminal indictment:

1. Defendant FRANCISCO FRANCISCO DOMINGO is originally from Guatemala and is a legal permanent resident of the United States.

2. FRANCISCO FRANCISCO DOMINGO resides principally at 516 Clifton Street, Immokalee, Florida. FRANCISCO FRANCISCO DOMINGO derives income from working in agricultural fields in states including Florida, South Carolina, and Georgia.

3. LFD, a minor, specifically identified in this indictment by her initials, is a victim of the defendant's criminal misconduct. LFD is a Guatemalan national and was illegally present in the United States at the time of the alleged conduct.

4. LFD did not want to travel to the United States to live with FRANCISCO FRANCISCO DOMINGO.

5. Upon LFD's arrival in the United States, FRANCISCO FRANCISCO DOMINGO took LFD to work in various agricultural fields and profited financially from her labor.

**COUNT ONE**

**(Encouraging or Inducing Entry of an Alien)**

6. Paragraphs 1 through 5 are repeated and realleged as though fully set forth herein.

7. In or about Spring 2008, in the Middle District of Florida, FRANCISCO FRANCISCO DOMINGO aided and abetted by others known and unknown to the grand jury did encourage and induce LFD, an alien, to come to, enter and reside in the United States, for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such coming to, entry and residence would be and was in violation of the law.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and 1324 (a)(1)(B)(I); and Title 18, United States Code, Section 2.

**COUNT TWO**

**(Alien Harboring)**

8. Paragraphs 1 through 5 are repeated and realleged as though fully set forth herein.

9. Beginning in or about April 2008 and continuing through in or about October 2008, in the Middle District of Florida, FRANCISCO FRANCISCO DOMINGO aided and abetted by others known and unknown to the grand jury, knowing

and in reckless disregard of the fact that LFD, an alien, had come to, entered and remained in the United States in violation of law, attempted and did harbor LFD in a place, specifically the residence at 516 Clifton Street, Immokalee, Florida, and did so for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324 (a)(1)(B)(I); and Title 18, United States Code, Section 2.

**COUNT THREE**

**(Forced Labor)**

10. Paragraphs 1 through 5 are repeated and realleged as though fully set forth herein.

11. Beginning in or about April 2008 and continuing through in or about October 2008, all dates being approximate and inclusive, in the Middle District of Florida and elsewhere, FRANCISCO FRANCISCO DOMINGO aided and abetted by others known and unknown to the grand jury, knowingly provided and obtained the labor and services of LFD, by means of threats of serious harm to LFD, and by means of a scheme, plan and pattern intended to cause LFD to believe that, if she did not perform such labor and services, she would suffer serious harm, and by means of the abuse and threatened abuse of law and the legal process.

In violation of Title 18, United States Code, Section1589; and Title 18, United States Code, Section 2.

A TRUE BILL,

6/16/10
Date

Foreperson

A. BRIAN ALBRITTON
United States Attorney

By:

Douglas Molloy
Chief Assistant United States Attorney
Trial Counsel



N:_Criminal Cases\D\Domingo, Francisco Francisco_2008R03084_DLM\Indictment\Superceding Indictment\Superseding Indictment.wpd

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

FRANCISCO FRANCISCO DOMINGO

## INDICTMENT

Violations:

8: U.S.C. § 1324(a)(1)(A)(iv)
8: U.S.C. § 1324(a)(1)(B)(I)
8: U.S.C. § 1324(a)(1)(A)(iii)
8: U.S.C. § 1324(a)(1)(A)(ii)
18: U.S.C. § 2
18: U.S.C. § 1589

A true bill,

Melissa a L

Foreperson

Filed in open court this 27th day

of May, A.D. 2009.

______________________
Clerk

Bail $__________

GPO 863 525

N:_Criminal Cases\D\Domingo, Francisco Francisco_2008R03084_DLM\Indictment\Superceding Indictment\Ind Back.wpd